UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION


FILED
AUG 16 2016
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-10028 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | CHILD ABUSE |
| RILEY RED HORSE, SR., and JOSEPHINE THUNDER SHIELD, | 18 U.S.C. § 1153 and SDCL 26-10-1 |
| Defendants. | |

The Grand Jury charges:

## COUNT I

On or about the 31st day of March, 2016, at McLaughlin, in Corson County, in Indian country, in the District of South Dakota, Riley Red Horse, Sr., and Josephine Thunder Shield, Indians, did abuse, expose, torture, torment, and cruelly punish [Name Redacted], a child who had not attained the age of seven years, in violation of 18 U.S.C. § 1153 and SDCL 26-10-1.

## COUNT II

On or about the 31st day of March, 2016, at McLaughlin, in Corson County, in Indian country, in the District of South Dakota, Riley Red Horse, Sr., and Josephine Thunder Shield, Indians, did abuse, expose, torture, torment, and cruelly punish [Name Redacted], a child who had not attained the age of seven years, in violation of 18 U.S.C. § 1153 and SDCL 26-10-1.

## COUNT III

On or about the 31st day of March, 2016, at McLaughlin, in Corson County, in Indian country, in the District of South Dakota, Riley Red Horse, Sr., and Josephine Thunder Shield, Indians, did abuse, expose, torture, torment, and cruelly punish [Name Redacted], a child who had not attained the age of seven years, in violation of 18 U.S.C. § 1153 and SDCL 26-10-1.

## COUNT IV

On or about the 31st day of March, 2016, at McLaughlin, in Corson County, in Indian country, in the District of South Dakota, Riley Red Horse, Sr., and Josephine Thunder Shield, Indians, did abuse, expose, torture, torment, and cruelly punish [Name Redacted], a child who had not attained the age of seven years, in violation of 18 U.S.C. § 1153 and SDCL 26-10-1.

## COUNT V

On or about the 31st day of March, 2016, at McLaughlin, in Corson County, in Indian country, in the District of South Dakota, Riley Red Horse, Sr., and Josephine Thunder Shield, Indians, did abuse, expose, torture, torment, and cruelly punish [Name Redacted], a child who had not attained the age of seven years, in violation of 18 U.S.C. § 1153 and SDCL 26-10-1.

A TRUE BILL:

**NAME REDACTED**
Foreperson

RANDOLPH J. SEILER
United States Attorney

By _____