UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-10028-02 |
| Plaintiff, | STIPULATION |
| vs. | |
| JOSEPHINE THUNDERSHIELD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the above-named Defendant and counsel for the United States of America that the Court may enter the standard Order concerning the handling and disposition of discovery materials turned over to the defense.

RANDOLPH J. SEILER
United States Attorney

8/22/16
Date

Troy R. Morley
Assistant United States Attorney

8/25/16
Date

Justin M. Scott
Attorney for the Defendant