UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| UNITED STATES OF AMERICA, | CR. 16-10028-CBK-2 |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO MODIFY CONDITIONS OF RELEASE** |
| JOSEPHINE THUNDERSHIELD | |
| Defendant. | |

On August 18, 2016, the court entered an Order Setting Conditions of Release, Doc. 19. One of the conditions of release was that Defendant not reside with any minor children.

Defendant and the Government have agreed to a pretrial diversion in this matter, along with co-Defendant Riley Red Horse. The primary prerequisite which the Government set forth for proceeding with the pretrial diversion was that the Defendants rehabilitate their home to the satisfaction of Standing Rock Child Protective Services. That has been accomplished and Standing Rock CPS is prepared to reunite the Defendants with their children. However, reunification cannot yet occur due to the condition of release set forth above. Therefore, Defendant Josephine Thundershield requests that the Court modify the Order Setting Conditions of Release to remove the provision stating that she cannot reside with any minor children.

The Government, through Assistant United States Attorney Troy Morley, has indicated to counsel that it would not oppose this Motion if certain prerequisites were met, which counsel believes have been met.

Dated at Aberdeen, South Dakota, this 7th day of November, 2017.

BANTZ, GOSCH & CREMER, L.L.C.

*/s/ Justin M. Scott*
Attorneys for Josephine Thundershield
305 Sixth Avenue S.E.; P.O. Box 970
Aberdeen, SD 57402-0970
(605) 225-2232; (605) 225-2497 (fax)
jscott@bantzlaw.com

## CERTIFICATE OF SERVICE

The undersigned, attorney for the Defendant, hereby certifies that on the 7th day of November, 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and that ECF will send an email notice of the electronic filing to the following:

Mr. Troy Morley
Assistant United States Attorney
P.O. Box 7240
Pierre, SD 57501
*Assistant US Attorney*
*Troy.Morley@usdoj.gov*

BANTZ, GOSCH & CREMER, L.L.C.

*/s/ Justin M. Scott*
Attorneys for Josephine Thundershield
305 Sixth Avenue S.E.; P.O. Box 970
Aberdeen, SD 57402-0970
(605) 225-2232; (605) 225-2497 (fax)
jscott@bantzlaw.com